UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-00249-2 |
| | ) | JUDGE SHARP |
| RASHAWN CAMPBELL | ) | |

## O R D E R

Pending before the Court is SEALED MOTION (Docket No. 132).

The motion is GRANTED, and the sentencing hearing set for June 14, 2013, is hereby continued to Friday, November 1, 2013 at 1:30 p.m.

It is so ORDERED.

*(signed)* Kevin H. Sharp
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE