UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:11-00249-2 |
| | ) | JUDGE SHARP |
| RASHAWN CAMPBELL | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 139) to which the Government does not oppose.

The motion is GRANTED, and the sentencing hearing set for November 1, 2013, is hereby continued to Friday, February 21, 2014, at 10:30 a.m.

It is so ORDERED.

*[signature]*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE